UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>               Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>DAVID SUMLIN, JR.,<br><br>               Defendant. | NO: CV-13-14-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80132-PCW11<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice for Voluntary Dismissal with Prejudice, ECF No. 4. Having reviewed said notice and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, **ECF No. 4**, is **APPROVED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, provide copies to counsel and to Defendant, and **close** this case.

**DATED** this 13th day of March 2013.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Court Judge