# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re: LLS AMERICA, LLC,     Debtor,

BRUCE P. KRIEGMAN, as Chapter 11 Trustee,
                     Plaintiff,

                    v.

DAVID SUMLIN, JR.,

                    Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-13-14-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Notice of Voluntary Dismissal With Prejudice is approved. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

March 13, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson